ACCEPTED
12-15-00119-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
10/2/2015 3:57:57 PM
Pam Estes
CLERK

NO. <u>12-15-00119-CV</u>
IN THE
TWELFTH COURT OF APPEALS
TYLER, TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
10/2/2015 3:57:57 PM
PAM ESTES
Clerk

DEBRA DENT LEAL A/K/A
DEBBIE D. LEAL, AND TANGO
TRANSPORT, INC., AND TANGO
TRANSPORT, LLC.                                         Appellants

vs.

JAMES JORDAN                                              Appellee

Appealed from the 115th District Court
Upshur County, Texas
Cause No. 588-12
Honorable Lauren Parish, Presiding Judge

MOTION FOR CONTINUANCE PURSUANT
TO RULE 10.5(B)

Matthew L. Thigpen
Texas State Bar No. 24056425
Norman R. Ladd, III.
Texas State Bar No. 24041285
223 S. Bonner Ave.
Tyler, Texas 75702
(903) 705-7211
(903) 705-7221 (FAX)
**ATTORNEYS FOR APPELLANTS**

**TO THE HONORABLE COURT OF APPEALS:**

Tango Transport, LLC., seeks leave to extend the deadline for filing its written brief. The requested relief is proper under Rule 10.5(b) of the Texas Rules of Appellate Procedure.

1.    On May 27, 2015, the undersigned counsel had a telephonic conversation with the court reporter for the 115th District Court of Upshur County, the Honorable Lauren Parish, regarding the necessity of a record for the trial and voir dire in cause No. 588-12.   On May 28, 2015, a follow-up letter was sent to the Court reporter, confirming such telephonic discussions, and in writing requested the transcript of "both the Trial Setting and Voir Dire in the above-referenced cause of action." A copy of that letter is attached hereto as Exhibit "A."

2.    On September 3, 2015, volumes 1-8 were delivered to the office of undersigned counsel, with a copy of the trial exhibits, trial testimony, and the actual voir dire questions.   A copy of the letter from the Court of Appeals noting delivery of the transcript is attached hereto as Exhibit "B". A review of the Court reporter's record indicated that the transcript of the proceedings on the date of voir dire is limited to actual voir dire questions of both Plaintiff and Defense counsel.

3.    On the date in question, there was an oral hearing regarding the admissibility of certain testimony related to the pre-existing injury history of the Plaintiff.   The

result of that hearing, and the Court's ruling during such hearing, is a significant part of the appeal filed by Tango. Such hearing is not included in the transcript.

4. On October 1, 2015, undersigned counsel sent a letter to the Court reporter requesting supplementation of the record with a specific request for such hearing and the transcript thereto. A copy of that letter is attached hereto as Exhibit "C."

## Information Required
## Under Rule 10.5(b)

5. The information required of a motion to extend the notice-of-appeal deadline, under Rule 10.5(b)(1), is as follows:

a. The appellate brief is due on October 5, 2015.

b. Tango Transport, LLC., respectfully requests a forty-five (45) day extension of the deadline to file said brief. This time is for a four-teen (14) days for the report to type the transcript, and thirty (30) days to receive said transcript, and write the brief.

c. The facts related to the requested extension are contained in paragraphs 1-4 of the foregoing. In summary, the court reporter's record is void of vital portions of the proceedings, and a request has been lodged for supplementation.

d. This is the first request for an extension of the deadline to file Tango Transportation LLC's brief.

## Certificate of Conference

Counsel for Tango Transport, LLC., contacted opposing counsel on October 2 2015, via telephone and was informed counsel was unavailable. It is believed that opposing counsel will be opposed to the requested extension.

WHEREFORE, PREMISES CONSIDERED, Tango Transport, LLC., requests that the Court would extend the time for filing its brief in this matter by forty-five dates. Tango Transport, LLC., further requests all other relief this motion may authorize.

Respectfully submitted,

**LADD & THIGPEN, P.C.**

Matthew L. Thigpen
Texas State Bar No. 24056425
Norman R. Ladd
Texas State Bar No. 24041285
223 S. Bonner Ave.
Tyler, Texas 75702
(903) 705-7211
(903) 705-7221 (FAX)

**ATTORNEYS FOR APPELLANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2015, a true and correct copy of the foregoing *Motion for Continuance Pursuant to Rule 10.5(b)* was served upon the following in accordance with Rule 21a of the Texas Rules of Civil Procedure:

| Phenix, Phenix and Crump<br>118 South Main St.<br>Henderson, Texas 75653<br>(903) 657-3595<br>(903) 657-3598 (FAX) | ☑ Facsimile<br>☐ U.S. Mail<br>☐ CMRRR<br>☐ Courier |
|---|---|

Matthew L. Thigpen

# EXHIBIT

# "A"



MATTHEW THIGPEN
PARTNER

DIRECT LINE: 903-705-7211
E-MAIL: MTHIGPEN@LTLAWFIRM.COM

May 29, 2015

*Via: E-Service*
12th Court of Appeals
Attn: Court Clerk
1517 W. Front Street, Suite 354
Tyler, Texas 75702

      Re: Appeal Cause No. 12-15-00119-CV; *Debra Dent Leal a/k/a Debbie D. Leal, and*
      *Tango Transport, INC., and Tango Transport, LLC, Appellants V. James Jordan, Appellee,*
      In the 12th Court of Appeals of Texas.

Dear Clerk,

      I am in receipt of your letter dated May 19, 2015. We have filed our designation of items to be in the clerk's record with the Upshur county district clerk. We were notified yesterday, May 27, 2015, that the record was completed as well as the cost of said records. We will pay this as well as the $195.00 today.

      Additionally, we have requested the court reporter's record from the Trial Setting and Voir Dire hearing. The court reporter currently serving the 115th Judicial District Court is new and is unfamiliar with the process of getting that record to you. She informed my staff on May 26, 2015, that she needed to do research and she would have to get back with us. I followed up with her yesterday and have yet to get a response. That correspondence is attached hereto.

      I apologize for any delay. Please let my office know if we need to file for an extension of the deadline to include the court reporter's record and feel free to contact our office with any further questions or concerns.

              Sincerely,
              LADD & THIGPEN, P.C.

              Matthew Thigpen

MLT:jnj

_CC:_
_Via: E-Service_
Rusty Phenix
Phenix & Crump
118 South Main St.
Henderson, Texas 75653
(903) 657-3595

# EXHIBIT

# "B"



CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
BRIAN HOYLE
GREG NEELEY

# TWELFTH COURT OF APPEALS

CLERK
PAM ESTES

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

Thursday, September 03, 2015

Mr. J. R. Phenix
Phenix & Phenix, PC
118 South Main Street
P. O. Drawer 1005
Henderson, TX 75653-1005
* DELIVERED VIA E-MAIL *

Mr. Matthew Thigpen
223 South Bonner Avenue
Tyler, TX 75702
* DELIVERED VIA E-MAIL *

RE:  Case Number:            12-15-00119-CV
     Trial Court Case Number:  588-12

Style:  Debra Dent Leal a/k/a Debbie D. Leal, Tango Transport, Inc. and Tango Transport, LLC
        v.
        James Jordan

You are hereby notified that (8) volumes of Ms. Deanna Drennan's electronic record have this day been received and filed with this Court in the above-referenced appeal. At this point, the clerk's office believes that the record is complete. Please be advised that while the clerk's office has attempted under Tex. R. App. P.35.3(c) to secure the necessary record for your appeal, it is possible that essential documents or pages may be missing. It is your duty to advise us of any such omissions.

Although the rules provide that the parties may supplement or amend the record at any time under Tex.R.App.P.34.5 and 34.6, please be advised that the need for such supplementation or amendment shall not constitute reasonable grounds for seeking an extension of time to file your brief unless filed within 30 days from the date your brief is originally due. Thus, Appellant has 30 days from the date of this notice to examine the record and request any supplements or amendments thereto, and Appellee will have 30 days after Appellant's brief has been filed to seek any necessary supplementation.

Very truly yours,

PAM ESTES, CLERK

By: _____
    Ashley Yount, Deputy Clerk

**1517 West Front Street** • **Suite 354** • **Tyler, TX 75702** • **Tel: 903-593-8471** • **Fax: 903-593-2193**
*Serving Anderson, Angelina, Cherokee, Gregg, Henderson, Houston, Nacogdoches, Rains, Rusk, Sabine, San Augustine, Shelby, Smith,*
*Trinity, Upshur, Van Zandt and Wood Counties*
http://www.txcourts.gov/12thcoa.aspx

# EXHIBIT

# "C"



MATTHEW THIGPEN
PARTNER

DIRECT LINE: 903-705-7211
E-MAIL: MTHIGPEN@LTLAWFIRM.COM

October 1, 2015

_<u>Via: Facsimile (903) 843-5109</u>_
115th Judicial District Court
Attn: Court Reporter
405 N. Titus Street
Gilmer, Texas 75644

Re: Cause No. 588-12; _James L. Jordan, Jr. Vs. Debra Dent Leal a/k/a Debbie D. Leal, and Tango Transport, INC., and Tango Transport, LLC,_ In the 115th Judicial District Court of Upshur County, Texas

Dear Court Reporter,

On May 28, 2015, I requested certain court reporter excerpts for the appeal court. Part of the request was the day of Voir Dire. I am in receipt of your records for the above-referenced cause of action's appeal. I did notice that I am missing a part of your record that is imperative to my argument. Specifically, I requested the Voir Dire transcript but in the package I received, it only contains the actual Voir Dire questions rather than the entire days' arguments, including the Court's ruling on admissibility of pre-existing injury.

Please supplement and let my office know as soon as possible how much this additional transcript will cost so that my clients can render payment.

If you should have any questions or concerns, please feel free to contact our office.

Sincerely,
LADD & THIGPEN, P.C.

Matthew Thigpen

MLT:jnj
_CC:_
_<u>Via: Facsimile 903-657-3598</u>_
Rusty Phenix
Phenix, Phenix & Crump
118 South Main St.
Henderson, Texas 75653
(903) 657-3595

LADD & THIGPEN, P.C.
223 S. BONNER AVE. • TYLER, TEXAS 75702
903-705-7211 • FAX: 903-705-7221 • WWW.LTLAWFIRM.COM